IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE AIR CRASH INTO THE JAVA SEA ON JANUARY 9, 2021 | Lead Case No.: 1:23-md-3072-CMH-WEF |
| This document relates to the following cases: | |
| JONATHAN KASTENBAUM, Administrator of the Estate of ANDI SYIFA KAMILA deceased, | Case No.: 1:23-cv-00044 |
| JONATHAN KASTENBAUM, Administrator of the Estate of SUPIANTO, deceased, | Case No.: 1:23-cv-00047 |
| JONATHAN KASTENBAUM, Administrator of the Estate of N.A., a minor, deceased, | Case No.: 1:23-cv-00052 |
| JONATHAN KASTENBAUM, Administrator of the Estate of DIDIK GUNARDI, deceased, | Case No.: 1:23-cv-00048 |
| v. | |
| THE BOEING COMPANY, | |
| Defendant. | |

## ORDER

THIS MATTER comes before the Court on the Parties' Joint Motion for Approval of Settlements and Dismissal of Claims with Prejudice. The Court, having considered the parties' motion, and based upon the documentary evidence presented, and good cause appearing, therefore HEREBY FINDS AND ORDERS AS FOLLOWS:

1. The Parties' Joint Motion for Approval of Settlements and Dismissal of Claims with Prejudice is GRANTED.

2. The settlements of the claims in the above caption actions against Defendant The

       Boeing Company and the allocation and payment of settlement funds to the decedents' family members, as set forth in the Declaration of Steven C. Marks in Support of the Joint Motion for Approval of Settlements and Dismissal of Claims and its attachment, are hereby approved.

3. The following actions are hereby dismissed in their entirety with prejudice and without costs against Defendant:

   a. JONATHAN KASTENBAUM, Administrator of the Estate of ANDI SYIFA KAMILA deceased, v. The Boeing Company, Case No.: 1:23-cv-00044;

   b. JONATHAN KASTENBAUM, Administrator of the Estate of SUPIANTO, deceased, v. The Boeing Company, Case No.: 1:23-cv-00047;

   c. JONATHAN KASTENBAUM, Administrator of the Estate of N.A., a minor, deceased, v. The Boeing Company, Case No.: 1:23-cv-00052; and

   d. JONATHAN KASTENBAUM, Administrator of the Estate of DIDIK GUNARDI., deceased, v. The Boeing Company, Case No.: 1:23-cv-00048.

   This fully resolves the claims of the plaintiff in these actions, as administrator of the decedents' estates.

4. The Court retains jurisdiction to effectuate settlement.

IT IS SO ORDERED.

Date: Mar. 31, 2025

                                              Hon. Claude M. Hilton
                                              United States District Judge